**Order entered November 22, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00223-CR

**DARIUS JAMAL FIELDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00486-W**

### ORDER

Before the Court is appellant's November 17, 2022 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **December 21, 2022**. If appellant fails to file his brief by December 21, 2022, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/     ERIN A. NOWELL
JUSTICE